**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. ELLIS, | C 07-5573 MJJ (PR) |
| Petitioner, | **ORDER OF DISMISSAL; GRANTING APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS** |
| vs. | |
| M.C. KRAMER, et al., | |
| Respondent. | **(Docket No. 2)** |

On November 1, 2007, Robert J. Ellis ("petitioner"), a California prisoner, filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his 1999 conviction, in Alameda County Superior Court, for attempted murder. Petitioner challenged this same conviction in a prior petition filed in this court, Ellis v. Roe, No. 01-3141 MMC (PR), which petition was denied on its merits.[1] A second or successive petition challenging the same conviction or parole denial may not be filed in this court under 28 U.S.C. § 2254 unless petitioner first obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing this court to consider the petition. 28 U.S.C. § 2244(b)(3)(A). Petitioner has included herein a copy of October 12, 2007, decision by the Ninth Circuit denying his application for leave to file a successive

---

[1] A second habeas petition, also challenging the same conviction, was dismissed as a successive petition pursuant to 28 U.S.C. § 2244(b)(3)(A). See Ellis v. Kramer, No. 05-5221 MJJ (PR).

G:\PRO-SE\MJJ\HC.07\ellis3.suc.wpd

1  petition under 28 U.S.C. § 2244(b)(3)(A).  The petition accordingly is DISMISSED.

2      The application to proceed in forma pauperis is GRANTED.

3      This order terminates Docket No. 2.

4      The Clerk shall close the file.

5      IT IS SO ORDERED.

6  DATED: 11/26/07

7

8                              MARTIN J. JENKINS
                            United States District Judge

G:\PRO-SE\MJJ\HC.07\ellis3.suc.wpd         2